UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McDANIEL,<br><br>           Plaintiff,<br><br>      vs.<br><br>FRANK X. CHAVEZ, et al.,<br><br>           Defendants. | 1:10-cv-01077-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO EXPEDITE CASE<br>(Doc. 26.) |

**I.      BACKGROUND**

Robert McDaniel ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 15, 2010. (Doc. 1.)  Plaintiff's Second Amended Complaint, filed on September 15, 2014, awaits the court's requisite screening under 28 U.S.C. § 1915A. (Doc. 21.)

On January 12, 2015, Plaintiff filed a motion for the court to expedite the screening of his complaint. (Doc. 26.)

**II.     PLAINTIFF'S MOTION**

Plaintiff requests the court to expedite his case.  The court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the court's best efforts.  Plaintiff's Second Amended

Complaint will be screened in due time.  Therefore, Plaintiff's motion for expedited screening shall be denied.

### III.  CONCLUSION

Based on the foregoing, Plaintiff's motion to expedite his case, filed on January 12, 2015, is DENIED.

IT IS SO ORDERED.

Dated:  **January 14, 2015**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE