UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDANIEL,<br><br>            Plaintiff,<br><br>        v.<br><br>FRANK X. CHAVEZ, et al.,<br><br>            Defendants. | 1:10-cv-01077-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NO. 40)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS DAVIS, CHAVEZ, AND LOYD FOR VIOLATION OF DUE PROCESS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

Robert McDaniel ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's Fourth Amended Complaint filed on August 11, 2016.  (ECF No. 39).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2016, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that this action proceed only against defendants Davis, Chavez, and Lloyd for violation of due process, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim.  (ECF No. 40).  Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on September 8, 2016, are ADOPTED in full;
2. This action now proceeds on Plaintiff's Fourth Amended Complaint, filed on August 11, 2016, against defendants Davis, Chavez, and Lloyd for violation of due process;
3. All remaining claims and defendants are DISMISSED from this action;
4. The Clerk is DIRECTED to reflect the dismissal of defendants Capt. Overstreet, Sgt. Cunningham, R. Cipriani, I.D. Clay, Matthew Cate, N. Grannis, and R. Manual on the court's docket; and
5. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 26, 2016**            /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE