UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDANIEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK X. CHAVEZ, et al.,<br><br>　　　　Defendants. | 1:10-cv-01077-LJO-EPG (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO FINDINGS AND RECOMMENDATIONS<br>(ECF NO. 43) |

　　　　Robert McDaniel ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On August 11, 2016, Plaintiff filed the Fourth Amended Complaint.  (ECF No. 39).

　　　　On September 8, 2016, the Court screened Plaintiff's Fourth Amended Complaint pursuant to 28 U.S.C. § 1915A.  (ECF No. 40).  The Court recommended that the case proceed against defendants Davis, Chavez, and Loyd for violation of due process, and that all other claims and defendants be dismissed.  (Id.).  Plaintiff was given thirty days from the date of service of the findings and recommendations to file an objection.  (Id.).  No objection was filed within the thirty days, and District Judge Lawrence J. O'Niell adopted the Court's findings and recommendations in full.  (ECF No. 41).  Then, on October 31, 2016, Plaintiff filed this objection.  (ECF No. 43).

　　　　The objection period has expired, and the findings and recommendations have already been adopted.  Accordingly, the objection is moot.  Additionally, even had Plaintiff timely filed his objection, it would not have changed the Court's ruling.  Plaintiff has not put forward any coherent arguments as to why the findings and recommendations were wrong.  Plaintiff does

ask for additional time and clarification on an issue, presumably so that he can file another amended complaint. However, this case is already on its fourth amended complaint. Plaintiff has had multiple opportunities to amend his complaint and his objections advance no arguments or facts that suggest further amendment would be anything other than futile.

Accordingly, the Court OVERRULES Plaintiff's objection. The October 31, 2016 Order finding service of the Fourth Amended Complaint appropriate (ECF No. 42) remains in effect. Plaintiff must complete and return the documents attached to that Order by the deadline set forth in that Order.

IT IS SO ORDERED.

Dated:   **November 4, 2016**              /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE