UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDANIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK X. CHAVEZ, et al.,<br><br>　　　　　Defendants. | 1:10-cv-01077-LJO-EPG (PC)<br><br>REQUEST FOR OFFICE OF THE ATTORNEY GENERAL TO PROVIDE LAST KNOWN ADDRESS FOR DEFENDANTS FRANK X. CHAVEZ AND T.N. DAVIS |

　　　　Robert McDaniel ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2016, Plaintiff filed the Fourth Amended Complaint. (ECF No. 39). The Court screened Plaintiff's Fourth Amended Complaint pursuant to 28 U.S.C. § 1915A. (ECF No. 40). The Court recommended that the case proceed against defendants Davis, Chavez, and Loyd for violation of due process, and that all other claims and defendants be dismissed. (Id.). District Judge Lawrence J. O'Niell adopted the Court's findings and recommendations in full. (ECF No. 41). After the service documents were sent to Plaintiff (ECF No. 42) and returned (ECF No. 48), the Court ordered the United States Marshal Service ("the Marshal") to serve the defendants (ECF No. 49).

　　　　The U.S. Marshal attempted to serve defendants Frank X. Chavez and T. N. Davis, but the summonses were returned unexecuted. (ECF Nos. 51 & 52). According to the Marshal, the California Department of Corrections and Rehabilitation ("CDCR") informed the Marshal that defendants Frank X. Chavez and T. N. Davis retired. The CDCR did not provide any further information or known address. (Id.).

　　　　In the interest of preserving resources and maximizing efficiency, and to avoid a formal

discovery request, the Court will first request that the Office of the Attorney General provide contact information for defendants Frank X. Chavez and T.N. Davis so that service can be effected.

In the event that the Office of the Attorney General chooses not to provide such information, the Court may allow Plaintiff to conduct early discovery so that he can request all documents regarding defendants Frank X. Chavez's and T.N. Davis's contact information, which could include correspondence the CDCR has had with defendants Frank X. Chavez and T.N. Davis since their retirement, last known addresses, contact information the CDCR has for tax and pension purposes, and telephone numbers (the Court recognizes that such documents may pose privacy issues, which would necessitate *in camera* review or sealing of documents).

Therefore, the Court requests that the Office of the Attorney General respond with any information that it has regarding defendants Frank X. Chavez's and T.N. Davis's current whereabouts.[1] If the Office of the Attorney General has concerns about providing defendants Frank X. Chavez's and T.N. Davis's personal information to Plaintiff, it may submit the information under seal so that the Court can arrange for service.

Accordingly, based on the foregoing, the Court requests that, within twenty-one (21) days from the date of service of this order, the Office of the Attorney General provide Plaintiff and the Court with any contact information it or the CDCR has access to for defendants Frank X. Chavez and T.N. Davis, or a statement that it chooses not to provide such information.[2]

\\\
\\\
\\\
\\\
\\\

---

[1] No sanctions will result from a failure to abide by this informal request, but note that the Court may open document discovery regarding all documents that could concern Defendants' addresses for the limited purpose of allowing Plaintiff to request a third party subpoena.

[2] If the Office of the Attorney General has concerns about providing defendants Frank X. Chavez's and T.N. Davis's personal information to Plaintiff, it may submit the information *in camera* or under seal such that the Court can issue relevant summonses.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson with a copy of this order.

IT IS SO ORDERED.

Dated:   **January 30, 2017**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE